## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, C. Ryan Berthay having been duly sworn, state;

### Introduction

1. I am a special agent of the Federal Bureau of Investigation (FBI) assigned to the Louisville, Kentucky office. I have been employed by the FBI since February 2019. Prior to this, I was a law enforcement officer with the Attorney General's Office for the State of Mississippi. By virtue of my employment with the FBI, I am authorized to conduct investigations into violations of the Controlled Substances Act. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18 United States Code. As such, I am empowered to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code, Section 841.

2. While employed by the FBI, I have been assigned as the primary investigator and also assisted on cases involving drug trafficking organizations as well as street level gang related drug trafficking organizations. As such, I have initiated and/or participated in investigations involving the organized distribution of illegal drugs. I have conducted or participated in surveillance, monitoring of wiretaps, the execution of search warrants, the operation and debriefing of informants, and have reviewed taped conversations relating to drug transactions. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payment for such drugs.

3. The statements contained in this affidavit are based in part on information I have learned through my own investigation, experience, and background as an FBI Special Agent, the

statements are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. Not every fact known has been placed in this affidavit. This affidavit is being submitted for the purpose of a criminal complaint. I have not included each and every fact known to me concerning this investigation.

## Offenses Being Committed

4. The targeted individual is alleged to have committed the offenses of violations of Receipt of Stolen Government Property in violation of Title 18, United States Code, Section 641 and Illegal Possession of a Machine Gun in violation of Title 18, United States Code, Section 922(o). If convicted of the alleged offenses, the subject faces potential penalties of not more than 10 years in prison, a $250,000 fine, or both, and not more than 3 years of supervised release.

## Facts Establishing Probable Cause

5. On March 8, 2022, members of the FBI's Safe Streets Task Force, comprised of special agents and Task Force Officers (TFOs), executed a federal court authorized search warrant at 5112 Crafty Drive, Apt #6, Louisville, Kentucky, a residence in which DAVION FLEMING was residing. The search was a part of an ongoing investigation regarding the theft of FBI government property that occurred on March 6, 2022. This theft included multiple stolen FBI firearms along with various firearm accessories that were stolen from an FBI vehicle located at a personal residence located in Mt. Washington, Kentucky. During the execution of the warrant and subsequent to a high-speed vehicle pursuit, FLEMING was arrested for possession of a stolen handgun and FLEMING was ultimately charged for that offense by a federal criminal complaint issued by the United States District Court.

6. That same day, during a post-Miranda interview, FLEMING gave two members of the FBI Safe Streets Task Force a physical description and a name of an individual that goes by

"Maal," whom FLEMING believed participated in the theft that occurred on March 6, 2022 and agreed to show agents where he knew "Maal" to be residing.

7. At this time, FLEMING was in federal custody and was to be transported to the Oldham County Detention center. FLEMING advised agents that "Maal" lived in Crestwood, Kentucky, and agreed to direct agents to his location while traveling to the Oldham County Detention Center. Agents agreed and FLEMING directed agents to a residence located at 6602 Crestview Dr. Crestwood, Kentucky, (TARGET LOCATION). At that time FLEMING advised agents that he believed some of the stolen FBI equipment and firearms were in "Maal's" possession at this location.

8. On the following day, March 9, 2022, agents conducted physical surveillance at TARGET LOCATION, and observed an individual matching the description of "Maal" placing items into a vehicle at the residence. After observing these actions, agents decided to approach the residence and conduct a "knock and talk" investigation. Upon approach to the residence your affiant made contact with "Maal" outside the residence near the aforementioned vehicle and identified "Maal" as JAMAAL TALOR, DOB:12/18/2003 (hereinafter referred to as TAYLOR).

9. Upon initial interview of TAYLOR, he stated he was aware of the stolen items in question and stated that "B.C.[1]," a.k.a. Lulbino (arrested on March 8, 2022 along with FLEMING) had the stolen items the last time he saw them. TAYLOR advised that he had been staying at the TARGET LOCATION, off and on for the last couple of months. When TAYLOR was questioned about the items he placed in the vehicle, TAYLOR was evasive with his answers and stated that he just put some of his shoes into the vehicle. After obtaining consent from both TAYLOR and the owner of the vehicle, agents and Task Force Officers searched the vehicle and

---

[1] Because "B.C." is a juvenile, your affiant will refer to him by initials throughout this affidavit.

found a pistol light and two Glock handgun magazines, one of which had "T 4" written on the baseplate of the magazine. "T 4" is specific to the magazines that were stolen from the FBI employee on March 6, 2022 because the employee's first name begins with "T" and the agent numbers his/her magazines for identification purposes. This is common practice for law enforcement officers. TAYLOR stated that he had purchased the magazine from "B.C." just days prior and knew that "B.C." had stolen items from law enforcement.



10. After the discovery of the stolen item listed above and having observed TAYLOR enter and exit from the TARGET LOCATION, agents made contact with the homeowners, Larry and Faith Catlett, who signed a consent to search form allowing agents to conduct a search of the residence and directed agents to the room where TAYLOR was staying.

11. During a search of the room, agents noticed TAYLOR's room and bed were the same one depicted in an Instagram video where "B.C." posted an image of the stolen firearms just

hours after they were stolen. Agents provided the picture from the Instagram post to the homeowner Faith Catlett, who confirmed they were in fact the same room and the bedding depicted in the photo was also the same. Below is picture of that room and picture taken from B.C.'s Instagram.





12. Additional search of this room revealed the following items that were stolen from the FBI employee on March 6, 2022:

      i. TLR8-AG pistol light
     ii. Modlight rifle mounted flashlight
    iii. Modbutton control for rifle mounted flashlight
    iv. Sig Romeo 4M red-dot rifle sight
     v. Multi-Cam VTAC rifle Sling
    vi. One Lancer M4 magazine (with simunition)
   vii. Glock 17 mags with 2-rd extensions (labeled T 2)

13. Additionally, agents also located inside this room clothing items that matched the clothing worn by the individual that committed the aforementioned violations. A review of the victim's CCTV surveillance camera at the time of the theft revealed a light skinned black male wearing a "ski-mask" and champion graphic printed sandals during the theft. Both items were recovered during the search. Below are photos taken from the CCTV surveillance and items

recovered during the search. Additionally, agents asked the homeowner, Faith Catlett, who the sandals belonged to and she replied, "those are JAMAAL's he was actually asking me earlier if anyone had seen his other sandal".





14. Additionally, within the room in which TAYLOR was staying, agents recovered a bag containing eleven "AR full auto switches."  These switches are utilized to convert semi-automatic rifles into automatic weapons, and each switch is considered a "machinegun" pursuant to Title 18, United States Code, Section 922(o) and 922(a)(23), and Title 26, United States Code, Section 5845(b).



## Conclusion

15. Based on the evidence gathered in this investigation, your affiant believes there is sufficient probable cause to believe arrest and charge **JAMAAL TAYLOR** for the offenses of violations of Receipt of Stolen Government Property in violation of Title 18, United States Code, Section 641 and Illegal Possession of a Machine Gun in violation of Title 18, United States Code, Section 922(o).

__/s/ Ryan Berthay_____

C. Ryan Berthay
Special Agent, Federal Bureau of Investigation

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) this __10th__ day of March 2022

Colin H Lindsay, Magistrate Judge
United States District Court