# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NUMBER: 3:22-MJ-156-CHL |
| JAMAAL TAYLOR | DEFENDANT |

## ORDER ON INITIAL APPEARANCE

On March 10, 2022, Colin H. Lindsay, United States Magistrate Judge held an initial appearance on this matter via video conference. Assistant United States Attorney Frank Dahl appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Detention Center. The proceeding was digitally recorded.

The defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of his rights. The defendant advised that he will retain private counsel. The defendant consented to proceed with this hearing via video conference.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that a preliminary and detention hearing is scheduled for **March 11, 2022 at 2:00 p.m.** via video conference before Colin H. Lindsay, United States Magistrate Judge. The defendant is **remanded** to the custody of the United States Marshals Service pending further order of the Court.

March 11, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

:15