UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
MAR 16 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**DAVION FLEMING**
**JAMAAL TAYLOR**

INDICTMENT

NO.: 3:22-CR-23-DJH

18 U.S.C. § 2
18 U.S.C. § 641
18 U.S.C. § 922(j)
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
*(Receiving Stolen Government Property)*

Between on or about March 6, 2022 and March 9, 2022, in the Western District of Kentucky, Bullitt County, Kentucky, Jefferson County, Kentucky, Oldham County, Kentucky, and elsewhere, the defendants, **DAVION FLEMING** and **JAMAAL TAYLOR,** aided and abetted by each other, another, and others, known and unknown to the Grand Jury, willfully and knowingly did receive, conceal, and retain stolen property of the United States, that is, firearms, magazines, ammunition, and equipment, of a value exceeding $1000.00, with intent to convert said property to their own use, the defendants then knowing said property to have been stolen.

In violation of Title 18, United States Code, Sections 641 and 2.

The Grand Jury further charges:

## COUNT 2
*(Possession of a Stolen Firearm)*

On or about March 8, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DAVION FLEMING**, knowingly possessed a stolen firearm, that is, a Glock, model 35, .40 caliber handgun, bearing serial number MKV754, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j), and 924(a)(2).

The Grand Jury further charges:

## COUNT 3
*(Illegal Possession of a Machine Gun)*

On or about March 8, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DAVION FLEMING**, did knowingly possess a machine gun, that is, a Glock Switch, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

The Grand Jury further charges:

## COUNT 4
*(Illegal Possession of a Machine Gun)*

On or about March 9, 2022, in the Western District of Kentucky, Oldham County, Kentucky, the defendant, **JAMAAL TAYLOR**, did knowingly possess a machine gun, that is, eleven (11) assault rifle switches, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(j), 922(o) and 924(a)(2), as alleged in Counts 2 and 3 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **DAVION FLEMING**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, including, but not limited to: a Glock, model 35, .40 caliber handgun, bearing serial number MKV754, a Glock switch, bearing no serial number, and all ammunition recovered with the firearm.

As a result of committing an offense in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), as alleged in Count 4 of this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **JAMAAL TAYLOR**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to: eleven (11) assault rifle switches, bearing no serial number.

A TRUE BILL.

[signature redacted]

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED:3/16/2022

UNITED STATES OF AMERICA v. **DAVION FLEMING** and **JAMAAL TAYLOR**

## PENALTIES

Counts 1 through 4:  NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.