UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                                                CRIMINAL NO: 3:22-CR-23-DJH

DAVION FLEMING
JAMAAL TAYLOR                                                                     DEFENDANTS

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Frank E. Dahl III hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

FILED
JAMES J. VILT, JR. - CLERK
MAR 16 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

_____
Frank E. Dahl III
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6772
Email: frank.dahl@usdoj.gov