

# Case Assignment
## Standard Criminal Assignment

Case number **3:22CR-23-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 3/16/2022 1:45:04 PM
Transaction ID: 67371

[ Request New Judge ]    [ Return ]