# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**                           **CRIMINAL ACTION NO. 3:22MJ-156**

**JAMAAL TAYLOR**                                                     **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge via video conference on March 11, 2022, for a preliminary and detention hearing. Assistant United States Attorney Josh Porter, on behalf of Frank Dahl, appeared on behalf of the United States. The defendant was present from Oldham County Detention Center. The proceeding was digitally recorded.

The defendant was questioned under oath regarding his ability afford counsel and was found eligible for appointed counsel. The Court appointed Larry Simon from the Criminal Justice Act attorney panel list to represent the defendant. Mr. Simon was present on the video and accepted the appointment.

The defendant, through counsel, consented to proceed with hearing via video conference.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The United States withdrew its motion for detention. By agreement of counsel and United States Probation and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 unsecured bond with an order setting conditions of release.

Upon request of counsel for the defendant, with no objection by the United States,

**IT IS HEREBY ORDERED** that this matter is continued to **March 17, 2022 at 11:00 a.m**. via video for either a preliminary hearing or arraignment, pending action by the Grand Jury.

March 16, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel, USP

|20