UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

V.

**CASE NO: 3:22-CR-00023**

JAMAAL TAYLOR, et al.                                                                                              DEFENDANT

**Electronically Filed**

**DEFENDANT'S UNOPPOSED MOTION TO VACATE TRIAL DATE**

\*\*\*\*\*     \*\*\*\*\*     \*\*\*\*\*

Comes the Defendant, JAMAAL TAYLOR, by his appointed counsel, and moves this Court to vacate the trial date in the above-styled action. As grounds, the Defendant states as follows:

1. That the above-named Defendant is charged in the Indictment for knowingly receiving stolen government property and illegal possession of a machine gun, as proscribed by 18 U.S.C. Sections 641, 922(o) and 924(a)(2) respectively [DN 8].

2. A jury trial date of May 23, 2022, has been assigned to this case. However, as indicated by the representative of the United States during the telephonic Status Conference held on today's date, additional discovery is being processed and has not yet been disclosed to the Defendants.

3. Counsel for the Defendant Davion Fleming and the United States have no objection to vacating the currently scheduled jury trial date.

4. Therefore, the Defendant, JAMAAL TAYLOR, requests this Court to vacate the current jury trial date of May 23, 2022.

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
Attorney for Defendant JAMAAL TAYLOR
471 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

**CERTIFICATION**

I hereby certify that on April 22, 2022, a copy of the foregoing Motion to Vacate the Trial Date was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/LARRY D. SIMON
LARRY D. SIMON