# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff | )<br>)<br>)<br>) |
| v. | ) CASE NO: 3:22-CR-00023-DJH<br>) |
| JAMAAL TAYLOR, et al.<br>      Defendants | )<br>)<br>)<br>) |

## ORDER ON DEFENDANT'S UNOPPOSED
## MOTION TO VACATE TRIAL DATE

This matter is before the Court on the unopposed motion of Defendant Jamaal Taylor to vacate the May 23, 2022, jury trial. The Court, having considered the motion, now finds that the motion to vacate this trial date should be granted.

IT IS THEREFORE ORDERED that the May 23, 2022, trial date is VACATED.  This action is RESCHEDULED for a _____ on _____, 2022.

Distribution: Counsel of Record