UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:22-cr-23-DJH |
| DAVION FLEMING and<br>JAMAAL TAYLOR, | Defendants. |

\* \* \* \* \*

### MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on April 22, 2022, with the following counsel participating:

    For the United States:    Frank Dahl

    For Defendants:    Don Meier
                                 Larry Simon

The Court and counsel discussed the procedural posture of the case. Counsel reported that discovery is ongoing. Counsel for Defendant Jamaal Taylor informed the Court that he anticipates filing a motion to continue the trial. The other parties had no objection to the proposed continuance.

April 22, 2022

                                                                   David J. Hale, Judge
                                                       United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1