UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:22-cr-23-DJH

DAVION FLEMING and
JAMAAL TAYLOR,　　　　　　　　　　　　　　　　　　　　　　　　　　Defendants.

\* \* \* \* \*

## ORDER

Defendant Jamaal Taylor moves to continue the trial of this matter on the ground that additional time is needed to review discovery. (Docket No. 21; *see* D.N. 22) The motion is unopposed. (*See* D.N. 21; D.N. 22) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the unopposed motion to continue (D.N. 21) is **GRANTED**. The trial set for May 23, 2022, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial dates and deadlines are **VACATED**.

April 25, 2022

David J. Hale, Judge
United States District Court

cc:　　Jury Administrator

1