UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                                        CRIMINAL ACTION NO.:    3:22CR-023-DJH

DAVION FLEMING                                                                 DEFENDANTS
JAMAAL TAYLOR

MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY
*(Electronically filed)*

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by Frank E. Dahl III, Assistant United States Attorney for the Western District of Kentucky, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1.      Defense counsel has requested the United States to disclose certain items that contain information concerning a potential juvenile witness. The United States is willing to comply with said request; however, due to the sensitive nature of juvenile information it is appropriate and necessary for this Court to enter an order protecting the information and identity of the juvenile. Counsel for the Defendants have advised that they are in agreement with this request and proposed order.

2.      The government requests this Court to direct that the release of any recordings, reports, or other information related to or identifying a juvenile that may be turned over in connection with this matter be subject to the conditions set forth in the proposed protective order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Frank E. Dahl III*
Frank E. Dahl III
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6772 (phone)
(502) 582-5912 (fax)

CERTIFICATE OF SERVICE

    On May 13, 2022, I electronically filed this document through the ECF system, which will send notice to all counsel of record.

                                        s/ *Frank E. Dahl III*
                                        Assistant United States Attorney