UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | CASE ACTION NO. 3:22CR-00023-DJH<br>*Electronically filed* |
| **DAVION FLEMING**<br>**JAMAAL TAYLOR** | **DEFENDANTS** |

### BILL OF PARTICULARS
### FOR FORFEITURE OF PROPERTY

The United States of America, by and through Michael A. Bennett, United States Attorney for the Western District of Kentucky, and Frank E. Dahl, III, Assistant United States Attorney, hereby gives notice that, in addition to property already listed in the forfeiture allegation in the Indictment, the United States is seeking forfeiture of the following additional property: **One (1) Slide, SN: MTN983 and engraved with Dep B Reichardt.**

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/ *Frank E. Dahl, III*
Frank E. Dahl, III
Assistant United States Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ <i>Frank E. Dahl, III</i><br>
Frank E. Dahl, III<br>
Assistant United States Attorney