UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                Plaintiff,

v.                                                                                       Criminal Action No. 3:22-cr-23-DJH

DAVION FLEMING and
JAMAAL TAYLOR,                                                                           Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on June 28, 2022, with the following counsel participating:

    For the United States:    Frank Dahl

    For Defendants:    Don Meier
                                 Larry Simon

The Court and counsel discussed the procedural posture of the case. Counsel for Defendant Davion Fleming informed the Court that a plea agreement has been reached. Counsel for Defendant Jamaal Taylor advised the Court that additional time was needed to discuss a plea agreement. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) By agreement of the parties, this matter is **SET** for a change-of-plea hearing as to Defendant Davion Fleming on **July 28, 2022, at 10:30 a.m.** at the Gene Snyder U.S Courthouse in Louisville, Kentucky.

(2) By agreement of the parties, this matter is set for a telephonic status conference on **July 13, 2022, at 10:00 a.m.** Counsel for the parties shall connect to the telephonic status

2

conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#. Counsel for Defendant Jamaal Taylor and the United States shall confer in advance regarding whether to schedule a change-of-plea hearing. The jury trial and associated pretrial dates and deadlines will remain in place as previously established. (*See* Docket No. 29)

June 28, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

2