UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Plaintiff, |
| v. | | Criminal Action No. 3:22-cr-23-DJH |
| JAMAAL TAYLOR, | | Defendant. |

\* \* \* \* \*

### ORDER

This matter was previously set for a telephonic status conference on July 13, 2022. (Docket No. 30)  The parties have informed the Court that a plea agreement has not been reached as to Defendant Jamaal Taylor.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   The telephonic status conference set for July 13, 2022 (D.N. 30) is **REMANDED** from the Court's docket.

(2)   This matter is hereby **SCHEDULED** for an in-person status conference as to Taylor on **July 28, 2022, at 11:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3)   By agreement of the parties, a final pretrial conference as to Taylor is **SET** for **August 26, 2022, at 10:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.  The jury trial and associated pretrial dates and deadlines will remain in place as previously established. (*See* D.N. 29)

July 13, 2022

David J. Hale, Judge
United States District Court