**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

V.

CRIMINAL ACTION NO: 3:22-CR-23-DJH-2

JAMAAL TAYLOR                                                         DEFENDANT

**Electronically Filed**

**JOINT MOTION TO CONTINUE TRIAL DATE**

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Comes the Defendant, JAMAAL TAYLOR, by his appointed counsel, and the United States, by Frank E. Dahl, III, and moves this Court to continue the trial date scheduled in the above-styled action. As grounds, the parties state as follows:

1. That the above-named Defendant stands indicted on one count of Receiving Stolen Government Property and one count of Illegal Possession of a Machine Gun, as proscribed by 18 U.S.C. Section 641 and Sections 922(o) and 924(a)(2), respectively.

2. The Defendant was released from custody on a $25,000 unsecured bond under terms of home confinement following his detention hearing in this court on March 11, 2022. The United States had no objection to this release from detention.

3. Undersigned counsel submit that a postponement of the currently scheduled trial date will allow the negotiations that have taken place between the parties to continue past the pretrial filing deadlines previously set by the Court [DN 29].

4. Counsel for the Defendant, JAMAAL TAYLOR, waives his right to proceed to trial

1

on the currently scheduled trial date of September 6, 2022.

        Respectfully submitted,

        **s/LARRY D. SIMON**
        LARRY D. SIMON
        Attorney for Defendant JAMAAL TAYLOR
        471 West Main Street, Suite 200
        Louisville, Kentucky 40202
        (502) 589-4566
        larrysimonlawoffice@gmail.com


        s/FRANK E. DAHL III (with permission)
        FRANK E. DAHL III
        Assistant United States Attorney
        717 West Broadway
        Louisville, KY 40202
        (502) 582-5911
        frank.dahl@usdoj.gov


## **CERTIFICATION**

  It is hereby certified that on July 28, 2022, a copy of the foregoing Joint Motion to Continue was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                 s/LARRY D. SIMON
                 LARRY D. SIMON