# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|       Plaintiff ) | |
| ) | |
| v. ) | CASE NO: 3:22-CR-23-DJH-2 |
| ) | |
| JAMAAL TAYLOR ) | *Electronically Filed* |
|       Defendant ) | |
| ) | |

## ORDER ON JOINT MOTION TO RESCHEDULE TRIAL DATE

This matter is before the Court on the Joint Motion of Defendant Taylor and the United States to reschedule the trial date. The Court, having considered the motion, now finds that the motion for continuance should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED. This action is RESCHEDULED for jury trial to commence on October 3, 2022.

.