UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                    Plaintiff,

v.                                                                         Criminal Action No. 3:22-cr-23-DJH

JAMAAL TAYLOR,                                                                                              Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on August 26, 2022, with the following counsel participating:

    For the United States:    Frank Dahl

    For Defendant:    Larry Simon

The Defendant was present. The Court and counsel discussed the procedural posture of the case. Counsel informed the Court that the case may proceed to trial, as scheduled. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) By agreement of the parties, a final pretrial conference in this matter is **SET** for **September 28, 2022, at 10:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) The Court anticipates scheduling a telephonic status conference by subsequent order.

August 26, 2022

*[Signature]*

David J. Hale, Judge
United States District Court

1

Court Time: 00/10
Court Reporter: Dena Legg