**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

V.

**CRIMINAL ACTION NO: 3:22-CR-23-DJH-2**

JAMAAL TAYLOR                                                     DEFENDANT

**Electronically Filed**

**MOTION TO AMEND CONDITIONS OF RELEASE**
**(Redacted)**

\*\*\*\*\*     \*\*\*\*\*     \*\*\*\*\*

Comes the Defendant, JAMAAL TAYLOR, by his appointed counsel, and moves this Court to Amend the Order Setting Conditions of his Pretrial Release.  As grounds, the Defendant states as follows:

1.  That the above-named Defendant stands indicted on one count of Receiving Stolen Government Property and one count of Illegal Possession of a Machine Gun, as proscribed by 18 U.S.C. Section 641 and Sections 922(o) and 924(a)(2), respectively.

2.  The Defendant was released from custody on a $25,000 unsecured bond under terms of home confinement with his mother, Sophia Johnson, who resides in Louisville [DN 4-1]. The United States had no objection to this release from detention.

3.  Ms. Johnson and the Defendant's father, Jamaal Taylor, Sr. have consulted with each other and are requesting the Court to allow their son to reside with his father and stepmother, Jamie Kirby. Jamaal's father and stepmother reside at –**REDACTED**--, Louisville, KY 40245.

4.  WHEREFORE, the Defendant, JAMAAL TAYLOR, requests that the Order Setting

Conditions of Release be amended allowing the Defendant to be placed in the custody of either his father, Jamaal Taylor, Sr. or his stepmother, Jamie Kirby.

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
Attorney for Defendant JAMAAL TAYLOR
471 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

## CERTIFICATION

It is hereby certified that on August 29, 2022, a copy of the foregoing Motion to Amend Conditions of Release (Redacted) was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Service of an unredacted copy shall be made upon the United States and the United States Probation Office by e-mail. Parties may access this filing through the court's system.

s/LARRY D. SIMON
LARRY D. SIMON