**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA                                PLAINTIFF

V.

**CRIMINAL ACTION NO: 3:22-CR-23-DJH-2**

JAMAAL TAYLOR                                        DEFENDANT

**Electronically Filed**

**ORDER AMENDING CONDITIONS OF RELEASE**

Upon Motion of the Defendant, JAMAAL TAYLOR, by counsel, and this Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Court's previous Order Setting Conditions of Release for the above-named Defendant [DN 4-1] shall be and is now hereby AMENDED to reflect that the Defendant is placed in the custody of JAMAAL TAYLOR, SR. and/or JAMIE KIRBY, under the same Additional Conditions of Release.