UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                                                          CRIMINAL NO. 3:22-CR-23-DJH-2

JAMAAL TAYLOR                                                                              DEFENDANT

**OBJECTION TO MOTION TO AMEND CONDITIONS**
**OF RELEASE**
*Electronically Filed*

The defendant, Jamaal Taylor, moves this Court to grant the defendant permission to allow him to reside with his father and stepmother at their residence. (DN 40). After consultation with the United States Probation Office, the United States objects to Taylor's request, and asks this Court to not permit him to reside at the proposed residence.

        Respectfully submitted,

        MICHAEL A. BENNETT
        United States Attorney

        s/ *Frank E. Dahl III*
        Frank E. Dahl III
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        (502) 582-5911
        Frank.Dahl@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on August 31, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record.

                                              s/ *Frank E. Dahl III*
                                              Frank E. Dahl III
                                              Assistant United States Attorney