## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.

CRIMINAL ACTION NO: 3:22-CR-23-DJH-2

JAMAAL TAYLOR                                                                                DEFENDANT

**Electronically Filed**

**DEFENDANT'S TRIAL MEMORANDUM**

\*\*\*\*\*     \*\*\*\*\*     \*\*\*\*\*

Comes the Defendant, Jamaal Taylor, by his appointed counsel, and files this Trial Memorandum pursuant to the Court's Order of July 29, 2022 [DN 36]:

**STATUTES INVOLVED AND ELEMENTS OF THE OFFENSE**

The Indictment charges Mr. Taylor in Count One with aiding and abetting his co-defendant and another person with willfully and knowingly receiving, concealing and retaining stolen property belonging to the United States, consisting of firearms, magazines, ammunition, and other firearm accessories that have a value exceeding $1,000.00, with the intent to convert these items for their own use, as proscribed by 18 U.S.C. §641. Count Four of the Indictment charges Mr. Taylor with knowingly possessing a machine gun, which in this case, consists of eleven "assault rifle switches." This count alleges a violation of 18 U.S.C. §922(o).

**STATEMENT OF THE CASE AND DISPUTED FACTS**

The Government alleges that on March 6, 2022, a number of firearms, ammunition and firearm accessories were stolen from an FBI agent's vehicle as it was parked in the driveway of

the agent's residence in Mt. Washington, Kentucky. A few days after the theft investigating police officers went to a residence in Crestwood, Kentucky, in an effort to locate the stolen items. A number of individuals were located in the residence, including Mr. Taylor. However, Mr. Taylor has no ownership interest in this residence.

Numerous items identified as the firearm accessories and ammunition taken in the theft in Mt. Washington were located on the premises. Also located were the assault rifle switches. However, the switches are not associated with the theft from the agent's vehicle.

Whether Mr. Taylor knowingly possessed items that were stolen with a value exceeding $1,000.00 is in dispute. Whether Mr. Taylor possessed the switches is in dispute.

### UNRESOLVED SUBSTANTIVE ISSUES OF LAW OR REASONABLY ANTICIPATED TRIAL PROBLEMS

At the time of this filing the Defendant is unaware of any unresolved issues of law or any reasonably anticipated trial problems in this case.

### EVIDENTIARY TRIAL ISSUES

The undersigned has not identified any significant evidentiary trial issues.

### PROPOSED SUBSTANTIVE AND SPECIAL JURY INSTRUCTIONS

Mr. Durham does not anticipate any disagreements with the United States regarding the expected use of instructions that adequately set out the elements of the two statutes claimed to have been violated in the Indictment.

Mr. Durham has no special jury instructions to tender at this time; however, the Defendant requests leave to offer additional instructions depending upon the evidence introduced at trial.

### PROPOSED VOIR DIRE QUESTIONS

The Defendant attaches hereto proposed voir dire questions.

**EXHIBIT LIST**

Mr. Taylor does not have any items sought to be introduced as exhibits for the Defendant at this time. Should an item come into the possession of Defendant's counsel for this purpose, undersigned counsel will supplement this pleading.

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
Attorney for Defendant JAMAAL TAYLOR
471 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

**CERTIFICATION**

It is hereby certified that on September 5, 2022, a copy of the foregoing Trial Memorandum was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/LARRY D. SIMON