UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.

CRIMINAL ACTION NO: 3:22-CR-23-DJH-2

JAMAAL TAYLOR                                                                                 DEFENDANT

**Electronically Filed**

**JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Comes the Defendant, JAMAAL TAYLOR, by his appointed counsel, Larry Simon, and the United States, by Frank E. Dahl, and move this Court to continue the final pretrial conference and trial dates presently scheduled in the above-styled action. As grounds, the parties state as follows:

1. That the above-named Defendant is charged with possessing stolen government property and illegal possessing of a machine gun.

2. The parties agree that a postponement of the currently scheduled trial date of October 3, 2022, would be satisfactory. Counsel for the Defendant continues to consult with his client and counsel for the United States regarding a potential plea agreement; however, both parties are experiencing scheduling issues leading up to the present trial date that make finalizing any agreement difficult.

3. Additionally, the Defendant has been previously released under conditions of home

1

confinement. Both parties are requesting a reasonable period of time necessary for potentially resolving this action by agreement.

>Respectfully submitted,
>
>**s/LARRY D. SIMON**
>LARRY D. SIMON
>Attorney for Defendant JAMAAL TAYLOR
>471 West Main Street, Suite 200
>Louisville, Kentucky 40202
>(502) 589-4566
>larrysimonlawoffice@gmail.com
>
>**s/ FRANK E. DAHL, III**
>FRANK E. DAHL, III
>Assistant United States Attorney
>Office of the United States Attorney
>717 West Broadway
>Louisville, KY 40202
>(502) 582-5911
>frank.dahl@usdoj.gov

## CERTIFICATION

It is certified that on September 13, 2022, a copy of the foregoing Joint Motion to Continue the Final Pretrial Conference and Trial Dates was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

>s/LARRY D. SIMON
>LARRY D. SIMON