**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA													PLAINTIFF

V.

**CRIMINAL ACTION NO: 3:22-CR-23-DJH-2**

JAMAAL TAYLOR													DEFENDANT

**Electronically Filed**

**ORDER ON PARTIES' JOINT**
**MOTION TO RESCHEDULE TRIAL DATE**

This matter is before the Court on the joint motion to reschedule the October 3, 2022, jury trial that was previously set by Order of this Court [DN 36]. The Court, having considered the motion, now finds that the motion for continuance should be granted.

IT IS THEREFORE ORDERED that the October 3, 2022, trial date is VACATED. This action is RESCHEDULED for a Final Pretrial Conference on _____, 2022, at _____; trial by jury on _____, 2022, at 9:00 A.M.

Additionally, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and Defendant to a speedy trial. The time that lapses between the October 3, 2022, trial date and the rescheduled trial date is excludable under 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.