UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

vs.                                          **CRIMINAL ACTION NO. 3:22-CR-23-DJH**

**JAMAAL TAYLOR**                                                        **DEFENDANT**

### **ORDER**

This matter came before the Court on September 9, 2022, for a hearing on defendant's motion to amend bond (DN 40). Assistant United States Attorney Frank Dahl appeared on behalf of the United States. The defendant appeared with Larry Simon, appointed counsel. The hearing was digitally recorded.

The Court heard witness testimony and arguments of counsel, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the motion to amend bond (DN 40) is **GRANTED** as follows:

(1) The defendant may change location of residence to live with his father and step-Mother at the address known to United States Probation.

(2) The defendant's stepmother, Jamie Kirby, shall assume the role of Third-Party Custodian.

(3) The defendant's mother, Sophia Johnson, is relieved as Third-Party Custodian.

2

The above modifications shall become effective when authorized by United States Probation. All other conditions of bond shall remain in full force and effect pending further Order of Court.

September 16, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

:60