UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:22-cr-23-DJH

JAMAAL TAYLOR,	Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on October 11, 2022, with the following counsel participating:

| | |
|---|---|
| For the United States: | Frank E. Dahl, III |
| For Defendant: | Larry D. Simon |

The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** that this matter is **SET** for a telephonic status conference on **October 21, 2022, at 11:00 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

The current trial date and pretrial deadlines will remain in place.

October 11, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1