UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                            Criminal Action No. 3:22-cr-23-DJH

JAMAAL TAYLOR,                                                              Defendant.

\* \* \* \* \*

### MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on October 21, 2022, with the following counsel participating:

For the United States:    Frank E. Dahl, III

For Defendant:    Larry D. Simon

The Court and counsel discussed the procedural posture of the case. Counsel informed the Court that a plea agreement has been reached. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) This matter is **SET** for a change-of-plea hearing on **November 10, 2022, at 2:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) The trial of this matter, currently set for December 5, 2022, is **REMANDED** from the Court's docket. All pretrial dates and deadlines are **VACATED**.

October 21, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: April Dowell

cc:    Jury Administrator

1