**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO.  3:22-CR-00023-DJH-CHL-2**

**UNITED STATES OF AMERICA,**                                                    **Plaintiff,**

**v.**

**JAMAAL TAYLOR,**                                                             **Defendant.**

### ORDER

The above-styled case came before the undersigned on December 14, 2022, via video conference.   The purpose of the hearing was to discuss the Defendant's ongoing compliance with the terms of his bond.  Assistant United States Attorney Frank E. Dahl, III, appeared on behalf of the United States.  Defendant Jamaal Taylor appeared with Larry D. Simon, appointed counsel.  The proceeding was digitally recorded.

Defendant, via defense counsel, consented to proceeding with the hearing via video conference.

The Court indicated that it had been advised by United States Probation that Defendant had been largely compliant with the terms of his bond except for some positive drug tests for marijuana. The Court reminded Defendant that marijuana is still illegal under both federal and Kentucky law and cautioned him that future positives could result in him being taken back into custody.

Accordingly,

IT IS HEREBY ORDERED that Defendant shall remain on bond pending further order from the Court.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

0|5      December 14, 2022