UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                         PLAINTIFF

v.                                                                         CRIMINAL ACTION NO.  3:22-CR-00023-DJH

**JAMAAL TAYLOR**                                                                                                 DEFENDANT

<u>SENTENCING MEMORANDUM</u>
-*Filed Electronically*-

Comes the United States of America, by counsel, Assistant United States Attorney Frank E. Dahl III, and files its sentencing memorandum in this action currently scheduled for a sentencing hearing on March 1, 2023.  The United States has received and reviewed the Final Presentence Investigation Report (PSR) for the above-named defendant, Jamaal Taylor.  Having found no errors with the PSR, the United States has no objections thereto.  In addition, the United States will not call any witnesses at the hearing.   This Court has already entered a preliminary order of forfeiture.

<u>FACTUAL BACKGROUND – OFFENSE CONDUCT</u>

The United States agrees with the factual background and offense conduct as set forth in the final PSR.  (DN 73 PSR, ¶¶ 24-38, Page ID #314-317).

<u>GUIDELINE LEVEL CALCULATION</u>

The United States agrees with the total Guideline Offense Level calculation of 6, as determined by the United States Probation Office (DN 73 PSR, ¶ 51, Page ID #318).

<u>CRIMINAL HISTORY</u>

The United States agrees with the criminal history calculation prepared by the United States Probation Office of a Criminal History Category I.  (*Id*. at ¶ 57, Page ID# 319).

SENTENCING FACTORS

As noted above the United States agrees with the United States Probation Office's final Presentence Investigation Report guideline calculations and believes that the defendant's total advisory Guideline Offense Level should be 6, with a Criminal History Category of I, which produces a sentencing range of 0 to 6 months.

This Court must impose a sentence for Mr. Taylor which is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2). That section directs courts to consider the following:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed–

    (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B) to afford adequate deterrence to criminal conduct;

    (C) to protect the public from further crimes of the defendant; and

    (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for--

    (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines–
    . . .

(5) any pertinent policy statement--
    . . .

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

As this Court is aware, this is a plea pursuant to Federal Criminal Rule 11(c)(1)(B). As agreed to in the plea agreement, for reasons discussed to be further discussed at sentencing, the

United States will recommend that the Court impose a sentence at the low end of the guideline range as calculated by the Court.

## CONCLUSION

WHEREFORE, based on the reasons set forth above, the United States respectfully requests the Court to impose a sentence at the low end of the guideline range as calculated by the Court.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Frank E. Dahl III
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-6772
FAX: (502) 582-5097
Email: frank.dahl@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that on February 28, 2023, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: the Hon. Larry Simon, counsel for defendant.

_____
Frank E. Dahl III
Assistant United States Attorney