UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-00023-2

FILED
JAMES J. VILT, JR. - CLERK
MAR 0 1 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA,     PLAINTIFF

VS.

JAMAAL TAYLOR     DEFENDANT

\*\*\* \*\*\* \*\*\*

## ADDENDUM TO DEFENDANT'S SENTENCING MEMORANDUM

Comes the Defendant, JAMAAL TAYLOR, by counsel, and as an Addendum to his previously filed Sentencing Memorandum, attaches statements of support from the Defendant's family members: Kimberly Bass (grandmother); Robert Bass (grandfather); George Taylor (uncle); Jamie Kerby (stepmother); Jackie Kerby (stepgrandmother); and Jamaal Taylor (father).

Respectfully submitted,

/s/LARRY D. SIMON
LARRY D. SIMON
Attorney for Defendant, JAMAAL TAYLOR
American Life Building
471 West Main Street – Suite 200
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

1

## CERTIFICATE OF SERVICE

It is hereby certified that this pleading was manually tendered to the Court and a copy hand delivered to Hon. Frank Dahl, Assistant United States Attorney on this the 1st day of March, 2023.

s/LARRY D. SIMON
LARRY D. SIMON