I am writing this letter in regards to my grandson Jamaal Taylor Jr. I realize the action he decided to take when this ordeal began was very bad judgement on his part. I was heart broken when I found out. He is a smart young man that made a dumb decision. I taught my kids and grandkids to never take anything that doesn't belong to them. We have had a lot of conversations since he has been on home incinerations. I advise him that he has to have a positive plan for his life, make wise decisions on what he says and does. effects others as well as himself. The main thing I believe and try to instill is don't do anything to or that you wouldn't want done to you or someone you love. He says he realizes what he done was not only wrong but stupid. I would like to thank the court for placing him on house arrest because it has allowed him to not only think about his actions but too realize what he did wrong and to realize who is and isn't his friends. We all make mistakes but I ask and hope that the court and Judge believes in second chances. I do feel that it is time for him to be given a second chance to make better decisions about his life and prove he is worthy of being successful in life.

KIMBERLY BASS

I am writing to let you know that my grandson is a gentleman and loves his family , he is thoughtful and loves doing for others. He has always been a good boy. He is very sorry for causing our family to worry about him . If he could have a second chance to make a good life for his self, we would very much appreciate it!
Thank you.

ROBERT BASS

Hello my name is George Taylor, I'm Jamaal's uncle. First I want to start by saying that I believe Jamaal is a good person with a good heart and he comes from a good, loving, supportive family. He is a young man that was raised right and taught good morals growing up, but like many young men his age, he made some bad decisions. I also believe that he has learned from his mistakes and he's ready to do better in his life. Personally I own a mobile food business and I've had Jamaal help me in my business before. Everytime he's helped me he's been on time, polite with customers, honest, trustworthy, and hardworking. As an employee for me, I've seen what his true character is and that is someone that is a good person with a good heart.

If Jamaal gets another chance to get out in the community, I truly believe that he's capable of doing better with his life and that he's ready to show that he can do better.

Sincerely,

His uncle George

## Dear Judge Hale:

My name is Jamie Kerby, and I am writing on behalf of my stepson Jamaal Taylor, Junior I have been involved in Jamaal 's life since he was six years old, he has grown up with my own children, and I have always treated him and loved him as he was my own. I feel I have played a role as a mother figure in his life for the last 12 years. I have always tried to help guide him on the right path as well as instill, good morals, and character in his life. Growing up, Jamaal was never the type of child to get in trouble. He was always very respectful and helpful in the home and especially with his younger sister as he grew into a young adult, he continued to play a big role in all of his siblings lives as they have considered themselves to be brothers and sisters.
Although, due to the poor choices that Jamaal has made in the past, it has gotten him where he's at today, unfortunately I do not believe that bad choice defines him as a man. Jamaal has a good heart, and he is capable of making good choices.  Jamaal has plans to make an effort to better himself. He is currently five credits away from getting his high school diploma and carrying a 3.4 GPA once he completes those remaining credits he has plans to get a business degree and get into online marketing and possibly real estate investing. He also has been taking free online marketing classes for the last six months.
Jamaal is very young and I believe that even though he's made some bad choices he can still have a successful future. I believe he has redirected his life to a better path and today I am asking that you show my son leniency so that he may have a chance to fulfill these plans that he is making to give himself a better future.


Thank you,
Jamie Kerby

Presiding Judge Hale

Your Honor
My name is Jackie Kerby. I have known Jamaal Taylor for approximately 12 years. In those years I have seen a small boy with a big heart grow into the young man you see today. He didn't have the easiest life growing up however that is not an excuse for the choices he has recently made.
Jamaal has held himself accountable for those choices in hopes of turning his life around and becoming a responsible individual.
I hope and pray you can see his potential and find it in your heart to be lenient toward Jamaal.

Thank you
Jackie Kerby

Hello ! I am writing to you Mr. Judge Hale on my sons behalf, As his father I want to genuinely say thanks for giving him the opportunity to remain on Home incarceration Through this process, As that you didn't have to do. During this past year I've spoke to my son often about how his decision has reflected his current situation and he has accepted responsibilities, An owned up to them . He has plans on getting back into church an finding a job or maybe going into a trade after getting Diploma . I noticed he has changed his out look on things for The Better, if giving the opportunity I believe he can come out of this and be a productive young man in society.

While being on home confinement he has been attending school an has maintained a 3.4 gpa with not a lot left to finish up for completion of High School ! He's also attended classes and using them tools I believe he has matured a lot Through process At becoming a better young man. He's an old brother to multiple siblings , a friend to many but most of all A Young boy that was transitioning into a man he thought! Unfortunately he got mixed up with some of the wrong crowds , an ultimately gotten influenced into some of the wrong things.

I bring forward to You a sincere appreciation if allowed the opportunity for my son a second chance to prove himself out in society.

To judge from a Father of a very loving,
Caring misunderstood kid who has a lot of life ahead of him with a Second chance !! Thanks
Jamaal Taylor Sr.